John DOE, et al., Plaintiffs,

Steven W. Cooper, Appellant,

v.

STATE of Missouri, et al., Respondents.

No. WD 74909.

Missouri Court of Appeals, Western District.

July 31, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 2012.

Application for Transfer Denied Oct. 30, 2012.

Steven W. Cooper, Independence, MO, Appellant, pro se.

Chris Koster, Attorney General, Jeremiah J. Morgan, Deputy Solicitor General, Jefferson City, MO, Abbe M. Feitelberg, Assistant County Counselor, Kansas City, MO, for Respondents.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

PER CURIAM:

This is an appeal from the judgment of the Circuit Court of Jackson County, Missouri, granting the State of Missouri's motion to dismiss the underlying petition for declaratory relief that principally sought a declaration nullifying any requirement to register as a sex offender resulting from any sexual criminal offense that occurred

prior to the passage of Missouri's Sexual Offender Registration Act. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).